**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

PATRICK O'CONNOR,

    Plaintiff,

v.                                            CASE NO: 8:07-cv-1659-T-26TGW

7-ELEVEN, INC.,

    Defendant.
_____/

**O R D E R**

Plaintiff, proceeding *pro se* in this case, has filed a suggestion of bankruptcy advising that he has filed for Chapter 7 bankruptcy protection in the United States Bankruptcy Court for the Middle District of Florida.[1] In light of that fact, Plaintiff's cause of action has now vested in the bankruptcy estate leaving the bankruptcy trustee as the only proper party in interest with standing to prosecute this lawsuit. See Issac v. IMRG, 224 Fed.Appx. 907 (11th Cir. 2007). Accordingly, until such time as the bankruptcy trustee moves to substitute as the real party in interest in this case, it is ordered and adjudged that all proceedings are stayed. The Clerk is directed to administratively close this case during the period of the stay.

**DONE AND ORDERED** at Tampa, Florida, on November 7, 2007.

                                        s/*Richard A. Lazzara*
                                      **RICHARD A. LAZZARA**
                                      **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record

---

    [1] See docket 5.